ZACHARY T. BALL (NV SBN 89129)
THE BALL LAW GROUP
3455 Cliff Shadows Parkway, Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Facsimile: (702) 522-6443
Email: Zball@balllawgroup.com

STEPHEN J. ERIGERO (NV SBN 11562)
LAEL D. ANDARA (CA SBN 215416)
TIMOTHY J. LEPORE (NV SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email:     stephen.erigero@rmkb.com
           lael.andara@rmkb.com

Attorneys for Defendants
EQUALIA, LLC and HOVERBOARD
TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GO PED LTD. A Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUALIA, LLC, a California limited liability company, and HOVERBOARD TECHNOLOGIES CORPORATION, a California corporation.<br><br>Defendants. | CASE NO. 3:15-cv-00540-RCJ-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

WHEREAS:

- Plaintiffs GO PED LTD., a Nevada corporation filed suit for Unfair Competition against EQUALIA, LLC, a California limited liability company, and HOVERBOARD TECHNOLOGIES CORPORATION, a California corporation, (collectively "HOVERBOARD TECHNOLOGIES"), and on November 4, 2015;

- The parties have entered into a settlement agreement,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. All claims asserted by Plaintiff GO PED LTD., against Defendants EQUALIA, LLC, and HOVERBOARD TECHNOLOGIES CORPORATION, and in this action are dismissed with prejudice; and

2. Each party to bear its own fees and costs.

Dated: December 21, 2015        ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy J. Lepore*
ZACHARY T. BALL
TIMOTHY J. LEPORE
STEPHEN J. ERIGERO
LAEL D. ANDARA
Attorneys for Defendants
EQUALIA, LLC and HOVERBOARD TECHNOLOGIES CORPORATION

Dated: December 21, 2015

By: */s/ William McCann*
WILLIAM D. McCANN,
Attorney for GO PED LTD.

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

DATED:  This 22nd day of December, 2015.  _____

HONORABLE JUDGE ROBERT C. JONES